**858**

■

Umberto LISI et al.

v.

Michael MARRA.

No. 78–255–A.

Supreme Court of Rhode Island.

June 26, 1980.

Richard A. Ciccone, Providence, for plaintiffs.

W. Slater Allen, Jr., Providence, for defendant.

ORDER

The plaintiffs' motion for priority assignment is granted. This case is assigned to the October 1980 calendar for oral argument.

WEISBERGER and MURRAY, JJ., did not participate.

■

STATE

v.

William J. WARE.

No. 78–356–C.A.

Supreme Court of Rhode Island.

June 26, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin, III, Spec. Asst. Atty. Gen., for plaintiff.

Thomas J. Grady, Pawtucket, for defendant.

ORDER

The defendant's motion for stay of decision as prayed is denied.

MURRAY, J., did not participate.

■

John ARAGAO

v.

AMERICAN EMERY WHEEL WORKS.

No. 79–518–A.

Supreme Court of Rhode Island.

July 10, 1980.

Lovett & Linder, Ltd., Lauren E. Jones, Providence, for petitioner.

Eldredge H. Henning, Jr., Providence, for respondent.

ORDER

The motion of respondent American Emery Wheel Works to affirm the final decree of the Appellate Commission pursuant to Rule 16(g) is denied.

DORIS, J., did not participate.